STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 20-mj-71706-MAG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER AS TO WAIVER OF TIME AND TO CONTINUE ARRAIGNMENT |
| v. | ) | |
| NORMAN JOHN BOLCAO, | ) | |
| Defendant. | ) | |

    The United States, by and through its counsel of record, and defendant, Norman John Bolcao by and through his counsel of record (collectively, the "Parties"), agree and stipulate:

    Whereas, a status conference is currently scheduled September 2, 2021, at 1:00 p.m.

    Whereas, the Parties agree and stipulate herein that time shall be waived under Rule 5.1(c) (time for a preliminary hearing) and 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest). The Parties further agree that this waiver of time is necessary for the government to produce additional discovery, to review discovery by the defense, for defense counsel to consult with his client, and to discuss possible pre-indictment resolution of the case. The Parties also agree and acknowledge that a pre-indictment resolution may not be reached.

    Whereas, the Parties agree that the defendant has waived time for purposes of 18 U.S.C. § 3161(b)

1  and Rule 5.1(c), specifically, that time be waived from September 2, 2021 to October 21, 2021, for
2  purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until October
3  21, 2021, and that the government need not file an information or indictment until October 21, 2021.

                                                  Respectfully submitted,

DATED: August 30, 2021                    STEPHANIE M. HINDS
                                                  Acting United States Attorney

                                                  */s/ Jeffrey A. Backhus*
                                                  JEFFREY A. BACKHUS
                                                  Assistant United States Attorney

DATED: August 30, 2021

                                                  */s/ Dejan Gantar*
                                                  DEJAN GANTAR
                                                  Assistant Federal Public Defender
                                                  Attorney for Defendant
                                                  Norman John Bolcao

[~~PROPOSED~~] ORDER

Upon agreement and stipulation of the United States, the defendant Norman John Bolcao, and their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that time be waived from September 2, 2021 to October 21, 2021, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until October 21, 2021, and that the government need not file an information or indictment until October 21, 2021.  Additionally, the preliminary hearing or arraignment on the information or indictment should be continued from September 2, 2021 to October 21, 2021, at   1:00 p.m.   .

IT IS SO ORDERED.

DATED:  August 31, 2021

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge